## Olan Black, Plaintiff-Appellee, v. Homer White, Defendant-Appellant.

### Gen. No. 11,012.

Second District.

March 4, 1957.

Released for publication March 21, 1957.

Snyder, Clarke & Dalziel, for appellant; McQueen, Churchill, Kirkland & Brady, for appellee. Opinion by JUSTICE EOVALDI. Not to be published in full.